Robert A. Beatty v. John B. Ireland and Others.— Motion granted by default.

Fanny Bedell, an Infant, etc., Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order reversed on the ground the damages are excessive and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates to reduce the verdict to $5,000; if so stipulated, the judgment is so modified and as modified judgment and order affirmed, without costs to either party. All concurred, except Howard and Woodward, JJ., who voted for affirmance.

Helen A. Bunyan, as Executrix, etc., and Others v. Commissioners of the Palisades Interstate Park and Others.— Motion for leave to go to the Court of Appeals granted, and question certified: Does the complaint state facts sufficient to constitute a cause of action? Motion for a stay